## EXHIBIT A

Screenshot: @realDonaldTrump, Truth Social, April 7, 2026, 8:06 AM EST

*("A whole civilization will die tonight, never to be brought back again...")*



← **Truth Details**                                            •••

8314 replies

**Donald J. Trump** ✓ ▶
@realDonaldTrump

A whole civilization will die tonight, never to be brought back again. I don't want that to happen, but it probably will. However, now that we have Complete and Total Regime Change, where different, smarter, and less radicalized minds prevail, maybe something revolutionarily wonderful can happen, WHO KNOWS? We will find out tonight, one of the most important moments in the long and complex history of the World. 47 years of extortion, corruption, and death, will finally end. God Bless the Great People of Iran!

**8.88k** ReTruths  **37.5k** Likes                    Apr 07, 2026, 8:06 AM