United States District Court

Middle District of Florida

Tampa Division

APR 7 2026 PM3:46
FILED - USDC - FLMD - TPA

John William Liccione
1497 main st, suite 196
Dunedin FL 34768,

Petitioner

v.

Donald J. Trump
in his official capacity of
President of the
United States,
Respondent

Case Number:

8:26-CV-944-WFJ-LSG

EMERGENCY
VERIFIED/MOTION MOTION FOR
WRIT OF MANDAMUS AND TEMPORARY RESTRAINING
ORDER

Title of Document:

Petitioner moves for an Emergency writ of Mandamus Compelling Respondent to refrain from ordering, authorizing, or facilitating any nuclear first strike or civilization-ending military action against Iran absent — as further defined in Petioner's attached verified emergency Petion,

John W Liccione
Petitioner, Pro se
1497 Main St. Ste 196
Dunedin FL 34768