# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

*Case No. 8:26-cv-*944-WFJ-LSG

## [PROPOSED] ORDER GRANTING EMERGENCY
## WRIT OF MANDAMUS AND TEMPORARY RESTRAINING ORDER
*(Issued Ex Parte Pursuant to Fed. R. Civ. P. 65(b) and 28 U.S.C. § 1651)*

THIS CAUSE having come before the Court on Petitioner's Verified Emergency Petition for Writ of Mandamus and Temporary Restraining Order, and the Court having reviewed the Petition, the Verification, the Certificate of Notice, and Exhibit A, and the Court finding:

(1) That at 8:06 a.m. on April 7, 2026, Respondent Donald J. Trump publicly announced via Truth Social that "A whole civilization will die tonight," constituting credible, publicly announced, imminent threatened military action against the Islamic Republic of Iran;

(2) That no declaration of war against Iran has been enacted by Congress;

(3) That no specific statutory authorization for nuclear or civilization-ending military operations against Iran exists;

**(4)** That Iranian counter-strikes on U.S. military bases in the region are retaliatory acts in direct response to the U.S.-initiated Operation Epic Fury, and do not constitute an imminent nuclear attack on the American homeland sufficient to authorize nuclear escalation;

**(5)** That Petitioner has demonstrated a substantial likelihood of success on the merits of his claim that the threatened action violates Article I, § 8 of the Constitution and the War Powers Resolution, 50 U.S.C. § 1541 et seq;

**(6)** That the threatened harm — mass civilian casualties, destruction of a nation-state, and retaliatory strikes upon U.S. military installations including MacDill Air Force Base — is wholly irreparable;

**(7)** That the balance of equities and the public interest weigh overwhelmingly in favor of relief; and

**(8)** That immediate relief is required because the threatened action is to occur TONIGHT, and advance notice to Respondent would risk execution of the threatened action before this Court could act;

IT IS HEREBY ORDERED AND ADJUDGED that:

**1.** Respondent Donald J. Trump, President of the United States, and all officers, agents, servants, employees, and all persons in the military chain of command are COMMANDED, RESTRAINED, AND ENJOINED,

effective immediately, from authorizing, ordering, directing, transmitting, authenticating, or in any way facilitating any military strike, nuclear or otherwise, against the Islamic Republic of Iran or any Iranian-affiliated force capable of causing mass civilian casualties, regime change, or destruction of the Iranian state,

**UNLESS AND UNTIL: (a) an actual or verifiably imminent nuclear attack by Iran upon the territory of the United States or its armed forces, constituting an existential threat to the American homeland, has occurred or been independently verified by a majority of the Gang of Eight designated under 50 U.S.C. § 3093, confirmed in writing; OR (b) Congress has enacted a formal declaration of war or specific statutory authorization for nuclear or civilization-ending military force against Iran.**

2. Respondent is ORDERED to immediately preserve all executive branch communications, orders, planning documents, and authorizations relating to any military action against Iran, including any nuclear option planning documents.

3. This Order takes effect IMMEDIATELY upon issuance and shall remain in effect pending a hearing on Petitioner's motion for preliminary injunction, which is hereby scheduled for _____, April 7, 2026, at _____

a.m./p.m. in Courtroom _____, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**4.** The security requirement of Fed. R. Civ. P. 65(c) is WAIVED.

**5.** Petitioner shall immediately serve a copy of this Order and all supporting papers upon the United States Attorney for the Middle District of Florida and the Attorney General of the United States.

DONE AND ORDERED in Tampa, Florida, this _____ day of April, 2026.

_____
United States District Judge
Middle District of Florida

Copies furnished to:
John William Liccione, Pro Se Petitioner
United States Attorney, Middle District of Florida
Attorney General of the United States